JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 852 -- In re Lomas Financial Corporation Remarketed Notes
Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/05/24 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-7), CERT. OF SERVICE -- deft. Merrill Lynch, Pierce, Fenner & Smith -- SUGGESTED TRANSFEREE DISTRICT:  S.D. NEW YORK  (cds) |
| 90/05/29 | | LETTER (re other parties represented by movant) -- attached to pldg. #1  (cds) |
| 90/06/04 | 2 | AMENDMENT TO MOTION -- filed by Merrill Lynch, Pierce, Fenner & Smith, Inc. -- to include A-8 Triton Group Ltd. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., S.D. Cal., C.A. No. 90-691 (JLI)(M) -- Notified invovled counsel (ds) |
| 90/06/04 | | APPEARANCES -- JOHN G. FABIANO, ESQ. for Austimont, N.V.; DON M. KENNEDY, ESQ. for Boston Safe Deposit & Trust Co.; RICHARD W. RENEHAN, ESQ. for President and Fellows of Harvard College; SARAH R. WOLFF, ESQ. for Van Kampen Merritt Limited Term High Income Trust, et al.; JOHN L. COOPER, ESQ. for Delta Dental Plan of California; C. STANLEY HUNTERTON, ESQ. for Golden Nugget, Inc.; KENNETH M. KRAMER, ESQ. for Merrill Lynch, Pierce, Fenner & Smith, Inc.  (ds) |
| 90/06/05 | | APPEARANCE -- RICHARD A. MESCON, ESQ. for Marubeni America Corporation (ds) |
| 90/06/13 | 3 | RESPONSE (to pldg. #1) -- pltf. Triton Group, Ltd. w/cert. of svc. (ds) |
| 90/06/13 | 4 | RESPONSE/MEMORANDUM (to pldg. #1) -- pltf. Delta Dental Plan of California w/cert. of svc.  (ds) |
| 90/06/13 | 5 | RESPONSE (to pldg. #1) -- pltfs. Van Kampen Merritt Limited Term High Income Trust, et al. w/exhibit 1 and cert. of svc. (ds) |
| 90/06/13 | 6 | RESPONSE (to pldg. #1) -- pltfs. President and Fellows of Harvard College, Ausimont, N.V., and Boston Safe Deposit and Trust Co. -- w/Attachment and cert. of service (cds) |
| 90/06/14 | 7 | NOTICE OF JOINDER (to pldg. #6) -- pltf. Golden Nugget, Inc. w/cert. of svc.  (ds) |
| 90/06/14 | 8 | RESPONSE (to pldg. #1) -- deft. Marubeni America Corp. w/cert. of svc.  (ds) |
| 90/06/14 | | APPEARANCE -- STEPHEN P. MCDONALD, ESQ. for Triton Group, Inc. (ds) |

P. 2

852

LITIGATION

| | | |
|---|---|---|
| 90/06/18 | | HEARING ORDER -- setting motion of defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated, for transfer for Panel hearing on July 27, 1990 in St. Paul, Minnesota (sg) |
| 90/06/29 | 9 | LETTER -- correcting C.A. No.'s for A-2 and A-8 and also correcting address change on PASL -- filed by Merrill Lynch, Pierce, Fenner & Smith, Inc., Cornelius Arnett and Robert F. Tobin w/svc.  (ds) |
| 90/06/29 | 10 | NOTICE OF RELATED ACTION -- Canadian Imperial Bank of Commerce v. Merrill Lynch, Pierce, Fenner & Smith, Inc., S.D. New York, C.A. No. 90-Civ-4135 -- filed by Merrill Lynch, Pierce, Fenner & Smith, Inc., Cornelius Arnett and Robert F. Tobin w/copy of complaint and svc.  (ds) |
| 90/07/02 | 11 | REPLY -- Merrill Lynch, Pierce, Fenner & Smith, Inc. -- w/cert. of svc. (received 7/2/90) (rh) |
| 90/07/09 | 12 | SUPPLEMENTAL MEMORANDUM TO PLDG. #4 -- Delta Dental Plan of California -- w/cert. of svc. (received 7/9/90) (rh) |
| 90/07/09 | 13 | LETTER -- (Supplemental information) Signed by Terri A. Brady, counsel for Merrill Lynch, Pierce, Fenner & Smith, Inc., Cornelius Arnett and Robert F. Tobin -- w/cert. of svc. (rh) |
| 90/07/11 | | AMENDMENT TO HEARING ORDER AND SCHEDULE FILED ON JUNE 18, 1990 -- correcting civil action numbers for A-2 and A-8 -- notified involved judges, clerks and counsel  (cds) |
| 90/07/25 | 14 | LETTER -- Filed by Merrill Lynch, Pierce, Fenner & Smith Inc., Cornelius Arnett and Robert F. Tobin -- w/cert. of svc. (rh) |
| 90/07/27 | | HEARING APPEARANCES FOR 7/27/90 HEARING, ST. PAUL, MINNESOTA -- ANDREW J. WERTHEIM, ESQ. for Merrill Lynch, Pierce, Fenner & Smith, Inc., Robert F. Tobin and Cornelius Arnett; RICHARD W. RENEHAN, ESQ. for President and Fellows of Harvard College, Boston Safe Deposit & Trust Co. and Ausimont, N.V.; SARAH R. WOLFF, ESQ. for Van Kempen Merritt Limited Term High Income Trust, et al. (ds) |
| 90/07/27 | | WAIVERS OF ORAL ARGUMENT FOR 7/27/90 HEARING -- Golden Nuggett, Inc.; Marubeni American Corporation; Jesse C. Parker; Triton Group, Ltd.; Delta Dental Plan of California (ds) |

Case MDL No. 852   Document 1   Filed 06/16/15   Page 3 of 8

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 852 -- In re Lomas Financial Corporation Remarketed Notes Securites
Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/09/11 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of Massachusetts to the Hon. Andrew A. Caffrey for pretrial proceedings (rh) |
| 90/09/11 | | TRANSFER ORDER -- Transferring A-4 - A-8 to the District of Massachusetts pursuant to 28 U.S.C. §1407 -- Notified involved judges, Panel judges, clerks, counsel and misc. recipients (rh) |
| 90/09/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-9 Canadian Imperial Bank of Commerce v. Merrill Lynch, Pierce, Fenner & Smith, Inc., S.D. New York, C.A. No. 90 CIV. 4135 -- Notified involved counsel and judges (rh) |
| 90/10/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-9 Canadian Imperial Bank of Commerce v. Merrill Lynch, Pierce, Fenner & Smith, Inc., S.D. New York, C.A. No. 90 CIV. 4135 -- Notified invovled judges and clerks (rh) |
| 91/01/28 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-10 Midland Savings Bank, FSB, v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., S.D. Iowa, C.A. No. 4-91-CV-80009 -- Notified involved counsel and judges (sg) |
| 91/02/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-10 Midland Savings Bank, FSB, v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., S.D. Iowa, C.A. No. 4-91-CV-80009 -- Notified involved clerks and judges. (ds) |

JPML Form 1

⊕

Revised: 8/78

DOCKET NO. 852 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Lomas Financial Corporation Remarketed Notes Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 27, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | September 11, 1990 | TO | Unpublished | D. Massachusetts | Hon. Andrew A. Caffrey | |

### Special Transferee Information

DATE CLOSED: 4/13/92

JPML FORM 1

LISTING OF INVOLVED ACTIONS

*D. MASS (10)*
*HON. Andrew A. Caffrey*

DOCKET NO. <u>852</u> -- <u>In re Lomas Financial Corporation Remarketed Notes Securities Litigation</u>

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ausimont, N.V. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. | Mass. Mazzone | 89-2783-MA | | | *9/25/91 D* | |
| A-2 | Boston Safe Deposit and Trust Company v. Merrill Lynch, Pierce, Fenner & Smith, Inc. | Mass. McNaught | 90-10083-MC | | | *6/28/91 D* | |
| A-3 | President and Fellows of Harvard College v. Merrill Lynch, Pierce, Fenner & Smith, Inc. | Mass. McNaught | 89-2500-MC | | | *3/14/91 D* | |
| A-4 | Van Kampen Merritt Limited Term High Income Trust, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc. | Ill.,N. Holderman | 90-C-2652 | *9/11/90* | *12402-C* | *4/13/92* | |
| A-5 | Delta Dental Plan of California v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. | Cal.,N. Weigel *Smith* | C-90-1232-SAW *FMS* | *9/11/90* | *12403-C* | *1/9/92* | |
| A-6 | Golden Nugget, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc. | Nev. George | CV-S-90-298-LDG RJJ | *9/11/90* | *12404-C* | *9/30/91* | |
| A-7 | Marubeni America Corporation v. Merrill Lynch, Pierce, Fenner & Smith, Inc. | N.Y.,S. Stanton | 90 Civ. 1481 (LLS) | *9/11/90* | *12405-C* | *4/8/91 D* | |
| A-8 | Triton Group Ltd. v. Merrill Lynch, Pierce, Fenner & Smith, Inc. | Cal.,S. Irving | 90-691 (JLI) (M) *0691* | *9/11/90* | *12407-C* | *4/8/91 D* | Admendment to motion filed 6/4/90 |

DOCKET NO. 852 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-9 | Canadian Imperial Bank of Commerce v. Merrill Lynch, Pierce, Fenner & Smith, Inc. 9/18/90 | N.Y.,S. Edelstein | 90 CIV. 4135 | 10-4-90 | 12406-C | 3/28/91 O | |
| B-10 | Midland Savings Bank, FSB v. Merrill Lynch, Pierce, Fenner & Smith, Incorporated 1/28/91 | Iowa,S. Hanson | 4-91-CV-80009 | 2/13/91 | ———— | 4/23/91 D | |

_(handwritten notes)_ July 1992 - 6 dis / # Pending

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION


DOCKET NO. 852 -- In re Lomas Financial Corporation Remarketed Notes Securities Litigation

AUSIMONT, N.V. (A-1)
John G. Fabiano, Esq.
Hale and Dorr
60 State Street
Boston, MA  02109

BOSTON SAFE DEPOSIT & TRUST
  COMPANY (A-2)
Don M. Kennedy, Esq.
Goodwin, Procter & Hoar
Exchange Place
Boston, MA  02109

PRESIDENT AND FELLOWS OF
  HARVARD COLLEGE (A-3)
Richard W. Renehan, Esq.
Hill & Barlow
One Int'l Place
100 Oliver Street
Boston, MA  02110

VAN KAMPEN MERRITT LIMITED TERM
  HIGH INCOME TRUST, ET AL. (A-4)
Sarah R. Wolff, Esq.
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
Suite 2900
Chicago, ILL  60606

DELTA DENTAL PLAN OF CALIFORNIA (A-5)
John L. Cooper, Esq.
Farella, Braun & Martel
235 Montgomery Street
San Francisco, CA  94102

GOLDEN NUGGET, INC. (A-6)
C. Stanley Hunterton, Esq.
Hunterton & Naylor, P.C.
300 South Fourth Street
Suite 1510
Las Vegas, NV  89101

MARUBENI AMERICA CORPORATION (A-7)
Richard A. Mescon, Esq.
Webster & Sheffield
237 Park Avenue
New York, New York  10017

TRITON GROUP LTD. (A-8)

Stephen P. McDonald, Esq.
Sullivan, Delafield, McDonald,
  Allen & Middendorf
1200 Third Avenue
Suite 1405
San Diego, CA  92101

MERRILL LYNCH, PIERCE, FENNER
  & SMITH, INC.
Kenneth M. Kramer, Esq.
Shearman & Sterling
Citicorp Center
153 East 53rd Street
New York, New York  10022


CANADIAN IMPERIAL BANK OF COMMERCE (B-6)
Boyle, Vogeler & Haimes
1270 Avenue of the Americas
New York, New York  10020


MIDLAND SAVINGS BANK, FSB (B-10)
Roger Stetson, Esquire
Belin, Harris, Helmick, Lamson &
  McCormick
2000 Financial Center
Des Moines, Iowa  50309

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 852 -- In re Lomas Financial Corporation Remarketed Notes Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Merrill Lynch, Pierce, Fenner & Smith, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-9 B-10 |
| Robert F. Tobin | A-1 |
| Cornelius Arnett | A-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |